```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA


CHRISTOPHER D. MILLER            :         CIVIL ACTION
                                 :
          v.                     :
                                 :
JOSEPH P. NISH, et al.           :         NO. 08-3791
```

ORDER

AND NOW, this 13th day of April, 2009, it is hereby ORDERED that:

(1)  the request of Christopher D. Miller for the appointment of counsel is DENIED;

(2)  the Report and Recommendation of The Honorable Thomas J. Rueter, Chief United States Magistrate Judge, is APPROVED and ADOPTED; and

(3)  there is no probable cause to issue a certificate of appealability.

                                        BY THE COURT:


                                        /s/ Harvey Bartle III
                                                                  C.J.